**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

```
- --------------------------------------------------------------- x
PHYLLIS HAMPTON, on behalf of herself          :     Case no. 1:25-cv-12071
and all others similarly situated,             :
                                               :
                                               :
              Plaintiffs,                      :
                                               :     NOTICE OF VOLUNTARY
          v.                                         DISMISSAL WITH
                                                     PREJUDICE
 Le Gourmet Central, LLC,                       :

              Defendant.                        :
                                               :
                                               :
                                               :
                                               :
- --------------------------------------------------------------- x
```

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: December 8, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ Michael Ohrenberger**

By: Michael Ohrenberger, Esq.
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
C: (716) 281-5496
Email: mohrenberger@ealg.law